UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-22064-CIV-KING

MAURICIO REYES, ORLANDO
MARTINEZ, FRANCO BOANERGES,
ROBERTO ANDRADE, RONALD
VASQUEZ, HENRY ELIAS, SANTOS
MORENO, JOSE O. MEJIA, SANTOS
FERMIN RUIZ, SAUL HERNANDEZ,
MARIO ALEXANDER DIAZ MONTUFER
MIGUEL VILLANUEVA, DIEGO OMAR
VALLE, ALEXIS VALLE, MARIO
VASQUEZ, WILSON MATUTE, ELVIN
LEONARDO SANCHEZ, MELVIN
VILLALTA, EMILIO ORDONEZ,
PEDRO VARGAS, SALVADOR
FUENTES, PEDRO A. CHAVEZ,
CARLOS RENE ALVARADO, CARLOS
ALVARADO, JR., and all others similarly
situated under 29 U.S.C. 216(B),

    Plaintiffs,

v.

S.W.C. STRUCTURAL, INC., and
SAMUEL VELASQUEZ,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO FILE REMAINING AFFIDAVITS, AND DENYING AS MOOT PLAINTIFFS' MOTION FOR FINAL JUDGMENT**

**THIS CAUSE** comes before the Court upon Plaintiffs' May 27, 2009 Motion for Entry of Final Judgment on Damages (D.E. #65) and Plaintiffs' Motion for Enlargement

to File Remaining Affidavits (D.E. #66). Defendants failed to file a response, and the time to do so has passed.

After a careful review of the record and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED, and DECREED** that

1. Plaintiffs' Motion for Enlargement to File Remaining Affidavits **(D.E. #66)** be, and the same is hereby, **GRANTED**. Plaintiffs' counsel **SHALL FILE** the affidavits of <u>Franco Boanerges</u>, <u>Roberto Andrade</u>, <u>Henry Elias</u>, <u>Santos Moreno</u>, <u>Jose O. Mejia</u>, and <u>Mario Alexander Diaz Montufer</u> **on or before June 15, 2009**. Failure to timely file the affidavits of the final six Plaintiffs will subject the above-styled case to dismissal as to those Plaintiffs.

2. Plaintiffs' Motion for Entry of Final Judgment on Damages **(D.E. #65)** be, and the same is hereby **DENIED as moot**. Plaintiffs' counsel **SHALL FILE** a final judgment as to <u>all of the Plaintiffs</u> at the time of filing the above-referenced affidavits, on or before June 15, 2009.

3. Plaintiffs' counsel **SHALL FILE** a separate motion for fees and costs **on or before July 15, 2009**.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 28th day of May, 2009.

_____
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:
    **<u>Counsel for Plaintiffs</u>**
    **Jamie Zidell**
    **Daniel T. Feld**
    **K. David Kelly**
    300 71st Street, Suite #605
    Miami Beach, Florida 33141

    **Samuel Velazquez**
    14840 S.W. 34th Street
    Miami, Florida 33185