UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-22064—CIV—KING/BANDSTRA

MAURICIO REYES, ORLANDO                )
MARTINEZ, FRANCO BOANERGES,            )
ROBERTO ANDRADE, RONALD                )
VASQUEZ, HENRY ELIAS, SANTOS           )
MORENO, JOSE O. MEJIA, SANTOS          )
FERMIN RUIZ, SAUL HERNANDEZ,           )
MARIO ALEXANDER DIAZ MONTUFER,         )
MIGUEL VILLANUEVA, DIEGO OMAR          )
VALLE, ALEXIS VALLE, MARIO             )
VASQUEZ, WILSON MATUTE, ELVIN          )
LEONARDO SANCHEZ, MELVIN               )
VILLALTA and all other similarly situated  )
under 29 USC 216(B).                   )
                                       )
           Plaintiffs,                 )
    vs.                                )
                                       )
S.W.C. STRUCTURAL, INC.                )
SAMUEL VELASQUEZ                       )
           Defendants                  )
                                       )
_____)

## FINAL DEFAULT JUDGMENT PURSUANT TO 29 U.S.C 216(b) AS TO DEFENDANTS FOR FEES AND COSTS INCLUDING FUTURE FEES REGARDING COLLECTION OF DEFAULT

Pursuant to 29 U.S.C. 216(b) it is hereby ordered and adjudged that under the Fair Labor Standards Act, Plaintiffs' counsel, J.H. Zidell, Esq. c/o J.H. Zidell, P.A., shall take the sum of $14,613 as fees and costs, from Defendants S.W.C. STRUCTURAL, INC. AND SAMUEL VELASQUEZ, jointly and severally, the which sum shall bear interest at the legal rate from the date of this judgment onward and for which sum let execution issue.

Further, Plaintiffs' counsel shall be entitled to collect reasonable attorneys fees in collection of the default judgment separately entered (including the fees and costs set forth herein) to be determined by this Court upon collection.

DONE AND ORDERED in Chambers, Miami-Dade County, Fla. on this 18th day of June, 2009.

*James Lawrence King*
U.S. DISTRICT COURT JUDGE
JAMES LAWRENCE KING

Copies to:   Counsel of Record
             Defendants