UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22064-CIV-KING/MCALILEY

MAURICIO REYES, et al.

        Plaintiffs,

v.

S.W.C. STRUCTURAL, INC. and
SAMUEL VELASQUEZ,

        Defendants.

_____/

## ORDER ON MOTION TO COMPEL

Pending before the Court is Plaintiff's Motion of 12/3/2013, to Compel Deposition. [DE 84]. Plaintiff has moved to compel the deposition of Samuel Velasquez in aid of execution, pursuant to a subpoena for deposition *duces tecum* setting deposition for November 25, 2013. The subpoena indicated that it was served on Mr. Velasquez on November 13, 2013, but did not list any documents to be produced at the deposition. [DE 84-1]. After the motion was filed, Plaintiff filed a notice informing the Court that Mr. Velasquez appeared for deposition on December 17, 2013, but failed to produce the documents requested in the subpoena. [DE 86]. Plaintiffs ask the Court to order Mr. Velasquez to produce the documents.

Attached to the Notice is a copy of the subpoena previously attached to the original motion, showing service on November 13, 2013. [DE 86-1, pp. 1-2]. Also attached to the

Notice was a copy of another subpoena to Mr. Velazquez, setting deposition for November 25, 2013, and providing a list of documents to be brought to the deposition. [DE 86-1, pp. 3-5]. There is no indication that this second subpoena was served on Mr. Velasquez. Thus, Plaintiffs have only established that Mr. Velasquez was served with the subpoena that did not identify any documents to be brought to the deposition.

Because Plaintiffs have not shown that Mr. Velasquez was served with the subpoena that included the *duces tecum* request for documents, the Court ORDERS that

Plaintiff's Motion of 12/3/2013, to Compel Deposition [DE 84], is **DENIED**. Plaintiff shall immediately serve a copy of this Order on Mr. Velasquez at his last known address.

DONE and ORDERED in chambers in Miami, Florida this 12th day of March, 2014.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:
The Honorable James Lawrence King
Counsel of record